# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

April 28, 2020

Hon. George B. Daniels
United States District Judge
Southern District of New York
New York, New York 10007

SO ORDERED:



George B. Daniels, U.S.D.J.

Dated: APR 30 2020

Re:   **United States v. Jaqwan Sutton**
       **16-CR-801 (GBD)**
       **Motion for Release Pursuant to 18 U.S.C.§3582( c ) (1) (A)**

Dear Judge Daniels:

Please accept this letter as an application to withdraw, without prejudice to a re-filing, defendant's April 25, 2020 motion for compassionate release pursuant to 18 U.S.C.3582 ( c )(1)(A). Subsequent to the filing the Government has made Mr. Sutton's prison medical records available to counsel for review and analysis. I have also been informed that Warden Ortiz of Fort Dix FCI has responded to Mr. Sutton's April 4, 2020 request for release indicating that his application required amendment to include the category upon which he claims need for release.

Accordingly, we respectfully request to withdraw the 3582 motion at this time without prejudice to a re-filing after review of the records and Mr. Sutton pursuing administrative relief.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg
217 Broadway, Suite 707
New York, NY 10007
(917) 576-1446

cc.: All parties by ECF