# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2020

June 1, 2020

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 03 2020

Re:   United States v. Jaqwan Sutton
      16-CR-801 (GBD)

Dear Judge Daniels:

On April 28, 2020 I submitted an application to withdraw, without prejudice, defendant's motion pursuant to 18 U.S.C §3582 ( c ) (1) (A) for compassionate release while he pursued administrative BOP remedies. Your Honor "so ordered" that application on April 30, 2020. ECF dkt.#s 148-150.

I write now to inform the Court that Mr. Sutton no longer wishes to pursue release remedies either administrative or judicial at this time.

I would appreciate for the Court to issue an order appointing me counsel pursuant to the Criminal Justice Act *nunc pro tunc* to April 2, 2020 for the services that I have performed with regard to my former CJA client's initial interest in pursuing judicial compassionate release relief.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg
217 Broadway, Suite 707
New York, NY 10007
(917) 576-1446