

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 2, 2020

**VIA ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 0 6 2020

**Re:  *United States* v. *Jaqwan Sutton*, 16 Cr. 801 (GBD)**

Dear Judge Daniels:

The Government respectfully writes to request that it be permitted to respond to Mr. Sutton's motion for compassionate release by no later than July 8, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:      /s/
Max Nicholas
Assistant United States Attorney
(212) 637-1565