UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
UNITED STATES OF AMERICA,  :
 :
    -against-  :
 :    ORDER
 :
JAQWAN SUTTON  :    16-cr-801 (GBD)
                Defendant.  :
 :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The Violation of Supervised Release conference scheduled for today is hereby adjourned to July 10, 2024 at 10:00 a.m.

Dated: New York, New York
       June 27, 2024

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge