**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JAQWAN SUTTON,

              Defendant.

------------------------------------x

ORDER

16 Cr. 801 (GBD)

GEORGE B. DANIELS, United States District Judge:

The U.S. Marshals shall release defendant to defense counsel at 500 Pearl Street on Friday, October 18, 2024 at 10:00 a.m. for transportation to the Samaritan Daytop treatment program. The violation of supervised release conference scheduled for October 17, 2024 is adjourned to January 8, 2025 at 10:00 a.m.

Dated: New York, New York
       October 16, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge