

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 6, 2025

**SO ORDERED**

The conference scheduled for January 8, 2025, is adjourned to April 8, 2025,, at 10:00 a.m.

JAN -7 2025

*[signature]*
HON. GEORGE B. DANIELS

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jaqwan Sutton*, 16 Cr. 801-06 (GBD)

Dear Judge Daniels:

On October 16, 2024, the Court ordered the defendant to be released from custody for transportation to the Samaritan Daytop Village ("SDV") drug treatment program. The Court also scheduled a status conference for January 8, 2025, at 2:00 p.m. The defendant remains in treatment at this time. He has been compliant with his treatment, and he is not scheduled to be released from SDV until late March. In addition, the defendant's maximum expiration date for his term of supervised release is April 11, 2025. Accordingly, the parties request an adjournment of the conference to a date on or after April 7, 2025.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By:  *[signature]*
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc:   Gráinne E. O'Neill, Esq. (counsel for defendant) by ECF