UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

                                    ORDER

JAQWAN SUTTON,
                                    16 Cr. 801-6 (GBD)

        Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Consistent with the recommendation of the Probation department, the Government's motion to dismiss all outstanding specifications and terminate the defendant's term of supervised release as expired is GRANTED. Defendant's supervised release is terminated for the purposes of his transition from the Samaritan Daytop inpatient drug treatment program to the Ready, Willing, and Able program.

Dated: New York, New York
       April 8, 2025

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge