UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

  -against-

JAQWAN SUTTON,

     Defendant.

------------------------------------x

ORDER

16 Cr. 801-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

 On October 16, 2024, this Court granted Defendant's unopposed request to be transferred from the custody of the U.S. Marshals to the Samaritan Daytop treatment program (ECF Nos. 230, 231.)

 The Clerk of Court is directed to close the open motion at ECF No. 230.

Dated: New York, New York
   May 14, 2025

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge